# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135159

PAMELA ANN PONTE,
      Plaintiff-Appellee,

v

ROBERT FRANCIS PONTE,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135159
COA: 279758
Washtenaw CC: 04-002966-DM

_____/

On order of the Court, the application for leave to appeal the August 30, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the August 30, 2007 order of the Court of Appeals and REMAND this case to the Court of Appeals for plenary consideration.  Because the July 12, 2007 order of the Washtenaw Circuit Court is a postjudgment order awarding attorney fees and costs, it is a final order under MCR 7.202(6)(a)(iv) that is appealable as a matter of right under MCR 7.203(A)(1).

We do not retain jurisdiction.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

p0114

_____
Clerk